UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KEITH THOMPSON,

        Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

        Defendants.
-------------------------------------------------------------- X

04 CV 2236 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 10, 2006 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a <u>de novo</u> review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's action is dismissed without prejudice for lack of prosecution.

  SO ORDERED.

                Allyne R. Ross
                United States District Judge

Dated: March 2, 2006
    Brooklyn, New York

SERVICE LIST:

        *Plaintiff:*
        Keith Thompson
        5014 Broadway, #4D
        Woodside, NY 11377

        *Counsel for Defendants*:
        Jordan Michael Smith
        New York City Law Department
        Office of the Corporate Counsel
        100 Church Street
        New York, NY 10007

cc:       Magistrate Viktor V. Pohorelsky