UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

KEITH THOMPSON,

                 Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                 Defendants.

------------------------------------------------------------------ X

04-CV-2236 (ARR)(VVP)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 9, 2010 from the Honorable Viktor Pohorelsky, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion to reopen is denied.

SO ORDERED.

                 /S/
                Allyne R. Ross
                United States District Judge

Dated: March 29, 2010
      Brooklyn, New York

SERVICE LIST:

Plantiff (Pro Se):

Keith Thompson
50-14 Broadway, Apt.# 4D
Woodside, NY 11377
PRO SE

Defendants' Attorney
Jordan Michael Smith
New York City Law Department
Office of the Corporate Counsel
100 Church Street
New York, NY 10007

cc: Magistrate Judge Pohorelsky