UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KEITH THOMPSON,

                Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------ X

04 CV 2236 (ARR)

NOT FOR PUBLICATION

ORDER

ROSS, United States District Judge:

The court received the Report and Recommendation on the instant case dated March 9, 2010 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. Believing no objections were filed, the court adopted the Report and Recommendation in its entirety as the opinion of the court and denied plaintiff's motion to reopen.

The court has now received plaintiff's objections to the Report and Recommendation, which were timely filed on March 26, 2010. In light of the timely filed objections, the court vacates its March 29, 2010 order adopting the Report and Recommendation, and allows the defendants two weeks from the date of this order to file a response, if any, to plaintiff's objections.

SO ORDERED.

                /S/
                Allyne R. Ross
                United States District Judge

Dated: April 1, 2010
       Brooklyn, New York

SERVICE LIST:

    *Plaintiff:*
    Keith Thompson
    50-14 Broadway, #4D
    Woodside, NY 11377

    *Counsel for Defendants*:
    Jordan Michael Smith
    New York City Law Department
    Office of the Corporate Counsel
    100 Church Street
    New York, NY 10007

cc:    Magistrate Viktor V. Pohorelsky